In The United States District Court
for The District of Delaware

Thomas R. Miller

    Plaintiff

      V.

Warden Thomas Carroll
Dr. Maggie Bailey, And
Contractor CMS

Civil Action No. 06-349 GMS

Filing of Certificate of Ledger

To clerk of the Court will you forward the certificates to Judge Sleet. If anything else needs to be sent please let me know.



FILED

JUN 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Not scanned

Thank You
Sincerely
Thomas R. Miller

## CERTIFICATE

(Incarcerated applicants only)

_(To be completed by the institution of incarceration)_

I certify that the applicant named herein has the sum of $ _____ 28 _____ on account his/her credit at (name

of institution) _____ Delaware Correctional Center _____ .

I further certify that the applicant has the following securities to his/her credit: _____ N/A _____

_____ .

I further certify that during the past six months the applicant's average monthly balance was $ ___ 5.43 ___

and the average monthly deposits were $ ___ 11.47 ___

_____ 4/24/06 _____        _____ Stacey Shane _____
Date                                              Signature of Authorized Officer

_(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)_

Mr. Miller - this form is to be filled out
by myself. - not you. Read above

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____,28_____ on account his/her credit at (name

of institution) _____Delaware Correctional Center_____.

I further certify that the applicant has the following securities to his/her credit: ___N/A___
_____.

I further certify that during the past six months the applicant's average monthly balance was $ ___5.43___

and the average monthly deposits were $ ___⊗ 11.67___

_____4/20/06_____          _____Stacey Shane_____
           Date                          Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER
SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS
ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

Mr. Miller - this form is to be filled out
by myself. - not you. Read above

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __,28__ on account his/her credit at (name

of institution) _____ Delaware Correctional Center _____.

I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that during the past six months the applicant's average monthly balance was $ __5.43__

and the average monthly deposits were $ _____ ⨯ 11.67 _____

_____4/21/06_____             _____Stacy Shane_____
Date                          Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM I FOR THE INMATE TO OBTAIN AND ATTACH LEDGER*
*SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS*
*ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

Mr. Miller - this form is to be filled out
by myself. - not you. Read above

## CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____,28_____ on account his/her credit at (name

of institution) _____Delaware Correctional Center_____ .

I further certify that the applicant has the following securities to his/her credit: _____N/A_____

_____ .

I further certify that during the past six months the applicant's average monthly balance was $ _____5.43_____

and the average monthly deposits were $ _____11.47_____

_____4/24/06_____
Date

_____Stacy Shane_____
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

Mr. Miller - this form is to be filled out by myself. - not you. Read above

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ ___,28___ on account his/her credit at (name

of institution) _____Delaware Correctional Center_____.

I further certify that the applicant has the following securities to his/her credit: _____N/A_____
_____

I further certify that during the past six months the applicant's average monthly balance was $ ___5.43___

and the average monthly deposits were $ ___11.67___

_____4/21/06_____                          _____Stacey Shane_____
Date                                         Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

Mr. Miller - this form is to be filled out
by myself. - not you. Read above.

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __,28__ on account his/her credit at (name

of institution) _____Delaware Correctional Center_____ .

I further certify that the applicant has the following securities to his/her credit: __N/A__
_____ .

I further certify that during the past six months the applicant's average monthly balance was $ __5.43__

and the average monthly deposits were $ ___⨉___ __11.67__

___4/2u/we___                    ___Stacy Shane___
Date                             Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER
SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS
ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

Mr. Miller - this form is to be filled out
by myself. - not you. Read above.