# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06cv349 GMS

TO: _Thomas Miller_   SBI#: _144108_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _June 30, 2006_

FILED
JUL 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG
scanned

Attached are copies of your inmate account statement for the months of _December 1, 2005_ to _May 31, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 5.65 |
| Jan | .04 |
| Feb | 6.47 |
| March | 3.96 |
| april | 11.45 |
| may | 6.48 |

Average daily balances/6 months: _5.63_

Attachments
CC: File

_Stacy Shane_
6/30/06

_[signature]_
Notary Public
6/30/06

# Individual Statement

## For Month of December 2005

Date Printed: 6/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.27 |
|---|---|---|---|---|---|---|
| 00144108 | Miller | Thomas | R | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2005 | ($9.61) | $0.00 | $0.00 | $6.66 | 191686 | | | |
| Canteen | 12/20/2005 | ($6.62) | $0.00 | $0.00 | $0.04 | 197235 | | | |

Ending Mth Balance: $0.04

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($3.10)

# Individual Statement - No Transactions This Month

Date Printed: 6/30/2006             Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00144108 | Miller | Thomas | R | | |
| Current Location: | 21 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($3.10)

# Individual Statement

## For Month of February 2006

Date Printed: 6/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|---|
| 00144108 | Miller | Thomas | R | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($3.74) | $0.04 | 220553 | | INDIGENT 1/30/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.87) | $0.04 | 221514 | | 2/8/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($1.11) | $0.04 | 221515 | | 2/8/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.35) | $0.04 | 224120 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($1.11) | $0.04 | 224121 | | 1/27/06 | |
| Mail | 2/21/2006 | $25.00 | $0.00 | $0.00 | $25.04 | 225348 | 08294693243 | | R MILLER |
| Canteen | 2/28/2006 | ($14.37) | $0.00 | $0.00 | $10.67 | 228079 | | | |

Ending Mth Balance: $10.67

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($3.10)

# Individual Statement
## For Month of March 2006

Date Printed: 6/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.67 |
|---|---|---|---|---|---|---|
| 00144108 | Miller | Thomas | R | | | |
| Current Location: | 21 | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.11) | $10.67 | 233837 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.11) | $10.67 | 233838 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | ($3.74) | $0.00 | $0.00 | $6.93 | 234384 | | INDIGENT 1/30/06 | |
| Supplies-MailP | 3/10/2006 | ($1.11) | $0.00 | $0.00 | $5.82 | 234591 | | 2/8/06 | |
| Supplies-MailP | 3/10/2006 | ($0.87) | $0.00 | $0.00 | $4.95 | 234590 | | 2/8/06 | |
| Supplies-MailP | 3/10/2006 | ($1.11) | $0.00 | $0.00 | $3.84 | 235282 | | 1/27/06 | |
| Supplies-MailP | 3/10/2006 | ($0.35) | $0.00 | $0.00 | $3.49 | 235281 | | 1/27/06 | |
| Supplies-MailP | 3/10/2006 | ($1.11) | $0.00 | $0.00 | $2.38 | 235479 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | ($1.11) | $0.00 | $0.00 | $1.27 | 235480 | | 2/23/06 | |
| Canteen | 3/15/2006 | ($0.99) | $0.00 | $0.00 | $0.28 | 237034 | | | |

Ending Mth Balance: $0.28

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($3.10)

# Individual Statement

## For Month of April 2006

Date Printed: 6/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.28 |
|---|---|---|---|---|---|---|---|
| 00144108 | Miller | Thomas | R | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/17/2006 | $30.00 | $0.00 | $0.00 | $30.28 | 250099 | 08461667595 | | UNK |
| Canteen | 4/25/2006 | ($14.13) | $0.00 | $0.00 | $16.15 | 254448 | | | |

Ending Mth Balance: $16.15

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($3.10)

# Individual Statement

## For Month of May 2006

Date Printed: 6/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.15 |
|---|---|---|---|---|---|---|
| 0014410S | Miller | Thomas | R | | | |

Current Location: 21  Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/9/2006 | ($11.09) | $0.00 | $0.00 | $5.06 | 260770 | | | |
| Canteen | 5/23/2006 | ($4.98) | $0.00 | $0.00 | $0.08 | 266625 | | | |

Ending Mth Balance: $0.08

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.10)

I/M Thomas R. Miller
SBI# 244105   UNIT MHU/SHU Bldg 21 D-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIP CODE 19977
$01.11⁰
JUL 01 2006
PITNEY BOWES