TO: JUDGE Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG -1  PM 2: 53

FROM: Thomas R. Miller
#144108 shu Bldg 21 D-U-8

DATE: 7-26-06

Sir, I present this letter to you in respect, I am writing and asking for an extention of time on the complaint that I sent in forma pauperis that you granted back on June 5, 06. What I did I jumped the gun I filed the complaint without the Memorandum of law, sir not thinking will you allow me some time to put the argument together If so I higly appreciate your consideration.

Thank You,
Sincerely,
Thomas R. Miller

I/M I/Norius T. Tuller

SBI# 144108 _____ UNIT Mhuishu Bldg 21 D-U-8

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39°
02 1A
0004608975   JUL 28 2006
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

TO: Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, DE
19801-3570

Legal Mail

2006 AUG -1 PM 2:53

CLERK U.S.
DISTRICT C. DELAWARE