IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. MILLER, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) Civil Action No. 06-349 GMS ) |
| WARDEN THOMAS CARROLL, DR. MAGGIE BAILEY, AND CONTRACTOR CMS, | ) ) ) ) |
|     Defendants. | ) |

FILED
AUG 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Thomas R. Miller, SBI #144108, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *August 3*, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *August 13*, 2006.

*Thomas R. Miller*
Signature of Plaintiff

I/M Thomas R. Miller
SBI# 144108    UNIT Bldg 21 D-U-8 Sho/mho
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON
14 AUG 2006
$ 00.39⁰
AUG 14 2006
MAILED FROM ZIPCODE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3520

Legal Mail

U.S.M.S.
X-RAY