TO: Peter T. Dalleo
Clerk of Court

FROM: Thomas R. Miller
#144108 Bldg 21
D-U-8

06-349 (GMS)

DATE: 12-29-06

Hello, I'm writing this cover letter to you and asking, will you get the address? to one of my defendants in this present civil action? CMS ST. Louis MO. I was unable to get the address for the U.S. Marshall 285 form. I appreciate your consideration. Please forward the motion for Appointment of Counsel to Judge Sleet, aswell as other material.

Thank You
Sincerely,
Thomas R. Miller

FILED
JAN -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned