OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 4, 2007

TO: Thomas R. Miller
SBI#144108
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Incomplete USM 285 Form for Defendant Contractor CMS
Civ. No. 06-349(GMS)**

Dear Mr. Miller:

Please be advised that this office received complete USM 285 forms for Dr. Maggie Bailey and the Attorney General of Delaware. It is not the responsibility of the Clerk's Office to provide the address located in the {Serve At} section of the form. It is the responsibility of the plaintiff to provide the defendants address. Enclosed please find a new USM 285 form to fill out.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders once the USM 285 form is received for Contractor CMS. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                            PETER T. DALLEO
                                                CLERK

cc: The Honorable Gregory M. Sleet
enc: USM 285 form