IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS R. MILLER, )
　　　　Plaintiff, )
 )
 ) Civ. No. 06-349-GMS
v. )
 )
 )
DR. MAGGIE BAILEY, )
AND CMS, )
 )
　　　　Defendants. )

FILED
JAN -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION FOR APPOINTMENT OF COUNSEL

(1) Now Comes Thomas R. Miller Pro se, an inmate housed at Delaware Correctional Center, Requesting Permission for Appointment of Counsel in this present Civil action.

DATED: 12-29-06

THOMAS R. MILLER
DCC 1181 Paddock RD.
SMYRNA, DE 19977

*Thomas R. Miller*

I/M Thomas R. Miller
SBI# 144108  UNIT Bldg 21 D-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
   19801-3570



Legal Mail