IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Thomas R. Miller )
    Plaintiff, ) Civ. No. 06-349-GMS
)
v. )
)
Dr. Maggie Bailey AND )
C.M.S. )
    Defendants. )

FILED
JAN -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## REQUESTING DISCOVERY MATERIALS UNDER FED. R. CIV. P. 31, 33 THROUGH 36, AND 45, AND ANSWERS AND RESPONSES THERETO, SUBPOENAS,

(1) The reason for filing this civil matter thats before the Court are deliberate indifferent to Plaintiff serious medical needs of being over medicated with iron pills and was not monitored while taking the pills resulting in the onset of acid reflux disease, and Zantak is indicated for his condition but, for a time, he was "cut off" from the medication.

(2) To be Subpoenad Medical Records (File) Plaintiff from the Delaware Correctional Center.

DATED: 12-29-06

THOMAS R. MILLER
DCC 1181 Paddock RD.
SMYRNA, DE 19977

*Thomas R Miller*

## "NOTICE OF SERVICE"

I Thomas R, Miller Plaintiff, certify (4) copies to be Placed in the mail, and sent Parties at the following Addresses. for Requesting Discovery Materials Subpoena.

TO: Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

TO: Dr. Maggie Bailey
Delaware Correctional Center
1181 Paddock RD
SMYRNA, DE 19977

TO: CMS Contractor
ST. Louis MO.

TO: Carl C. Danberg Jr.
Attorney General State of Delaware
820 N. French Street
Wilmington, DE 19801

DATED: 12-29-06

Thomas R, Miller
DCC 1181 Paddock RD
SMYRNA, DE 19977
Thomas R, Miller