IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS R. MILLER )
  Plaintiff, )
 )  Civ. NO. 06-349-GMS
v. )
DR. MAGGIE BAILEY, )
and CMS, )
  Defendants. )

RECEIVED
JAN - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Amend Pleading on civil complaint Rule 15.1

(1) Plaintiff Thomas R. Miller inmate at Delaware Correctional Center filed this lawsuit pursuant to 42 U.S.C. §1983. wants to add one more defendant to the complaint and memorandum. First Correctional Medical Inc. Arizona based, because they where the State Medical Contractors at the time I was over medicated from January 04 thru 05 when CMS became now current contractor.

Thank You
Sincerely
Thomas R. Miller
DCC, 1181 Paddock RD,
Smyrna, DE 19977

DATED: January 3, 2007

I/M Thomas R. Miller
SBI# 244108 UNIT Bldg 21 D-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JAN 2007 PM 2 L

U.S.M.S.
X-RAY
Legal Mail

To: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

19801+3570