TO: Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-3570

FROM: Thomas R. Miller
#144108 Bldg 21 D-U-8



DATE: January 3, 2007

BP scanned

Sir, inorder for me to get an U.S. Marshall
285 form, from the law library I need something
either from the Court or Clerk to show them,
that I amended complaint, memorandum to add
the defendant First Medical Correctional Inc.
Arizona based.

Thank You.
Sincerely
Thomas R. Miller