IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS R. MILLER,
Plaintiff

V.

Dr. Maggie Bailey
Administration Medical Dept.
Contractor CMS ST. LOUIS
Contractor First Medical
Inc. Arizona

Civ. NO. 06-349 GMS

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Rule 15.1. Motion to Amend The Motion for Appointment of Counsel.

(1) For Production of Documents directed to Delaware Correctional Center for Plaintiff Thomas R. Miller.

(2) To interpret, Production of Documents, subpoena Medical Records, where Plaintiff Thomas R. Miller maybe unable to get, for Court Purposes.

Sincerely,

THOMAS R. MILLER
DCC 1181 Paddock RD
SMYRNA, DE 19977

Thomas R. Miller

DATED: 1-14-07

I/M Thomas R. Miller
SBI# 144108   UNIT Bldg 21 D-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801 - 3570