TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Dela 19801-3570

FROM: Thomas R, Miller
#144108 Bldg 21 D-U-8

Civil Docket for Case # 1:06-CV-00349-GMS

DATE:

Mr. Daleo Sir, I'm writing to your office on the Amended Complaint that was sent 1/8/07 and entered on 1/9/07. I have not heard anything in a little while. I also will like to know, does this mean everything (Complaint) is on hold? for now until first Correctional Medical is Amended in by Judge Sleet?

Thank You,
Sincerely,
Thomas R, Miller

06cv349 GMS

FILED

MAR - 8 2007

RG
Scan



IM: Thomas R. Miller
SBI# 194108    UNIT: Bldg 21 D-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

C0112

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Del
19801-3570

Legal Mail