IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 06-349-GMS |
| DR. MAGGIE BAILEY, CMS, and FIRST CORRECTIONAL MEDICAL, INC., | ) ) ) ) |
| Defendants. | ) ) |

## SUPPLEMENTAL SERVICE ORDER

WHEREAS, the plaintiff filed an amended complaint prior to service of the original complaint (D.I. 17);

WHEREAS, the plaintiff filed a second amended complaint to clarify his claim against First Correctional Medical which the court construes as a motion to amend (D.I. 22);

WHEREAS, "[a]fter amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" *Shane v. Fauver*, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a));

NOW THEREFORE, IT IS HEREBY ORDERED this 9th day of May, 2007 that:

1. The motion to amend complaint (D.I. 22) is GRANTED.

2. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff has completed and

returned to the clerk of the court an **original** "U.S. Marshal-285" form for all **the defendants. The plaintiff has provided the court with copies of the amended complaint (D.I. 22) for service upon the defendants.**

4. The United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the memorandum of law in support of the complaint (D.I. 10), the amended complaints (D.I. 17, 22), and this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) identified in the 285 forms.

5. This order will supplement the court's December 14, 2006 and April 18, 2007 service orders (D.I. 12, 21).

UNITED STATES DISTRICT JUDGE

FILED

MAY - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE