UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

THOMAS R. MILLER,                          )
                                           )        Case No. 06-349 (GMS)
              Plaintiff,                   )        JURY TRIAL DEMANDED
      v.                                   )
                                           )
DR. MAGGIE BAILEY, CMS, and                )
FIRST CORRECTIONAL MEDICAL,                )
INC.                                       )
                                           )
              Defendant.                   )
--------------------------------------------------------

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick,

LLC on behalf of defendant CMS.  This entry of appearance is not a waiver of any

defense available to defendant CMS, and all defenses to the above-captioned action are

reserved.


                          BALICK & BALICK, LLC


                                  /s/ James E. Drnec
                          James E. Drnec, Esquire (#3789)
                          711 King Street
                          Wilmington, Delaware 19801
                          302.658.4265
                          Attorneys for Defendant CMS


Date:   June 11, 2007

## CERTIFICATE OF SERVICE

I, James E. Drnec, hereby certify that on this date, I served on the parties below in

the manner indicated, copies of the Entry of Appearance of James E. Drnec on behalf of

defendant CMS.


**VIA FIRST CLASS MAIL**
Mr. Thomas R. Miller
#144108
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James E. Drnec
James E. Drnec