UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS R. MILLER, | ) | |
| | ) | Case No. 06-349 (GMS) |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| DR. MAGGIE BAILEY, CMS, and | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT CMS'S FIRST SET OF
INTERROGATORIES DIRECTED TO PLAINTIFF AND FIRST SET
OF REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFF**

I, James E. Drnec, hereby certify that on this 18th day of June 2007, Defendant's CMS's First Set of Interrogatories Directed to Plaintiff and Defendant CMS's First Set of Requests for Production Directed to Plaintiff were served on the following by First Class Mail:

  Mr. Thomas R. Miller
  #144108
  Delaware Correctional Center
  1181 Paddock Road
  Smyrna, DE 19977

        BALICK & BALICK, LLC

         /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)
        711 King Street
        Wilmington, Delaware 19801
        302.658.4265
        Attorneys for Defendant CMS

Dated: June 18, 2007

**CERTIFICATE OF SERVICE**

I, James E. Drnec, hereby certify that on this date, I served on the parties below in the manner indicated, copies of the Defendant's CMS's First Set of Interrogatories Directed to Plaintiff and Defendant CMS's First Set of Requests for Production Directed to Plaintiff.

**VIA FIRST CLASS MAIL**
Mr. Thomas R. Miller
#144108
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                /s/ James E. Drnec
                                James E. Drnec