IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS R. MILLER )
    Plaintiff )
 ) Civ. Action No. 06-349-GMS
v. )
 )
DR. MAGGIE BAILEY, CMS, and )
FIRST CORRECTIONAL MEDICAL, )
INC., )
    Defendants. )

FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT FIRST CORRECTIONAL MEDICAL INC., RULE 55

Plaintiff now, enters Motion for Default Judgement against defendant, First Correctional Medical Inc;. that the enclosed Motion for Default Judgement is being presented to this Honorable Court at the earliest possible convenience.

_Thomas R Miller_
Thomas R. Miller
D.C.C.
1181 Paddock Rd.
Smyrna De 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. MILLER<br>Plaintiff, | Civ. Action No. 06-349 GMS |
| V. | |
| DR. MAGGIE BAILEY CMS<br>and FIRST CORRECTIONAL<br>MEDICAL INC,<br>Defendant. | |

## MOTION FOR DEFAULT JUDGEMENT

Comes now petitioner Thomas R. Miller and humbly moves this Honorable Court to enter default Judgement in this case pursuant to Federal Rules of Civil Procedures, Rule 55(a).

The respondents in this case are in default for failure to answer or otherwise defend as required by law as of a Court order filed May 9, 2007 in accordance to motion amend complaint.

In Support of this Motion Petitioner assert the following:

1. The petitioner states Hon. Gregory Sleet issued Court order on May 9, 2007 pursuant to Supplemental Service Order to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has completed and returned to the clerk of the Court an original "U.S. Marshall-285" form for all the defendants.

(2) Petitioner claims the Court order dated May 9, 2007 stated within (60) days of order, This order will supplement the Court's December 14, 2006 and April 18, 2007 Service orders (D.I 12, 24), of receipt of the Petition and the order in accordance with the Supplemental Service order respondents shall respond.

(3) Petitioner claims it has been sixty (60) days and the respondents have failed or refused to respond as required by law.

(4) Petitioner claims the respondents haven't filed for an extention of time to file an answer therefore petitioner request this Honorable Court to strike any out of time answers filed by respondents.

(5) Petitioner claims he is entitle to a default judgement by law according to Civ. R. 55(a), due to the respondents failure to respond and answer to the Amended Complaint.

(6)

## Conclusion

Wherefore Petitioner prays this Honorable Court to grant this motion and issue a default judgement against the respondents.

July 10, 2007
Notary
Osman Sammander

OSMAN SAMMANDER
Notary Public
State of Delaware
My Comm. Expires June 14 2008

Thomas R. Miller
Thomas R. Miller
D.C.C.
1181 Paddock Rd.
Smyrna De 19977

## Certificate of Service

I, Thomas R. Miller, hereby certify that I have served a true and correct copies of the attached: Motion For Default Judgement Civ. Action No. 06-349-GMS upon the following parties/person(s):

TO: Honorable Gregory Sleet
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

TO: FIRST CORRECTIONAL Medical
6861 North Oracle Rd
Tucson, Arizona 85704

TO: James E. Drnec, Esquire #(3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant CMS

Date: 7-10-07

I/M Thomas R. Miller
SBI# 144108    UNIT 23 B-L-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Honorable Gregory Sleet
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail