TO: Peter T. Dalleo
Clerk of United States District Court

06-349

FROM: Thomas R. Miller
#144108 22-A-U-5



DATE: Aug 3, 2007

Sir, I'm writing to your office, concerning the #1983 Complaint thats pending before this Court. On June 7, 2007 I sent a motion to Amend, and motion for Default Judgement to First Correctional Medical at their old address 6861 North Oracle Rd Tucson Arizona, Everything was sent back on July 12, 2007 forward return to sender to New address First Correctional Medical Inc 205 W Giaconda Way ste 115 Tucson Arizona 85704-4350. Again I placed motions in envelope sent to New Address again package was returned to me on August 2, 2007. Sir, I made my attempts to send everything to First Correctional Medical both times they refuse Service by sending everything back. I just sent an affidavit to them, I'm quite sure it will come back. This is grounds for Default Judgement I'm sending both envelopes to prove that First Correctional Medical refused Service. Please forward Judge Sleet a copy Thank You I did my part

I/M Thomas R Miller
SBI# 144108  UNIT 22-A-U-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



TO: Peter T. Dalleo
Clerk, Office the Clerk
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801 - 3570



