TO: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

06-349 (GMS)

FROM: Thomas R. Miller
#144108  22-A-U-5

DATE: 8-5-07

FILED
AUG -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MR. Dalleo,
I'm writing to your office, and want to know did FCM, First Correctional Medical except service of the amended complaint from the U.S. Marshall? if so or either way please let me know.
Please send this other letter to Judge Sleet.

Thank You
Sincerely,
Thomas R. Miller



I/M Thomas R Miller
SBI# 149108  UNIT 22-A-U-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail