TO: Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

06-349 (GMS)

FROM: Thomas R. Miller
#144108  22-1A-U-5

FILED
AUG -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DATE: 8-5-07

Your Honor Sir, I'm writing to your chambers and requesting for you to dismiss CMS defendants in my complaint. (Reason) First Correctional Medical is responsible for all in the complaint. I was charged by CMS a couple of times after they had taken contract over, but FMC is responsible for me being overmedicated, aswell as being cut off in June 05 inorder to be charged for sickcall visits and medication when I was already considered to be an chronic to recieve medication permantly. I am still proceeding on with this complaint on FMC First Correctional Medical and the Amended Complaint thats before you. Your Honor sir, this would only be the right thing to do. This letter is sent in respect.

Thank You,
Sincerely
Thomas R Miller