## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Thomas R. Miller     )
            )
            )
            )
    Plaintiff,    )  C.A. No.:  06-349-GMS
            )
   v.        )
            )
            )  JURY OF 12 DEMANDED
Dr. MAGGIE BAILEY, CMS, and )
FIRST CORRECTIONAL   )
MEDICAL INC.      )
    Defendants.   )

## FIRST CORRECTIONAL MEDICAL INC'S ANSWER
## TO THE AMENDED COMPLAINT

  1.  Answering defendants are without sufficient information or knowledge to affirm or deny the allegations of this paragraph.

  2.  Wrongful conduct by answering defendants is denied, and it is denied that any conduct by answering defendants proximately caused any illnesses, injuries, or damages of any nature to plaintiff.

  3.  Wrongful conduct by answering defendants is denied, and it is denied that any conduct by answering defendants proximately caused any illnesses, injuries, or damages of any nature to plaintiff.

## FIRST AFFIRMATIVE DEFENSE

  1.  Plaintiff's Complaint fails to state a claim for which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

  2,  Plaintiff's complaint is barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

3.      Plaintiff has failed to exhaust all administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

4.      Plaintiff has failed to obtain and expert to verify his claims.

### FIFTH AFFIRMATIVE DEFENSE

5.      Plaintiff has failed to plead negligence with specificity.

**WHEREFORE**, defendants First Correctional Medical request that the Complaint against it be dismissed, with prejudice.

**HECKLER & FRABIZZIO**

Daniel L. McKenty
Attorney for Defendant
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
Attorney for Defendants, First
Correctional Medical

DATE:    December 14, 2007

CERTIFICATE OF SERVICE

I certify that, on this date, one copy of defendants, First Correctional Medical,

Answer to the Amended Complaint, were served, by mail, on the following individuals:

Thomas R. Miller
#PRISON ID 144108
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
    *By Mail*

James Edward Drnec, Esquire
Balick & Balick, LLC
711 King Street
Wilmington, DE  19801

HECKLER & FRABIZZIO

Daniel L. McKenty
Attorney for Defendant
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
Attorney for Defendants, First
Correctional Medical

DATE:    December 14, 2007