IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. MILLER | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-349 GMS |
| DR. MAGGIE BAILEY, et al. | : |
| Defendants | : |

**ORDER**

At Wilmington, this 18th day of December 2007, the court having considered the Defendant CMS's Motion for Entry of an Order Dismissing all Claims against CMS (D.I. 41), and there being no opposition thereto,

IT IS HEREBY ORDERED that:

All claims against the defendant CMS in the above-captioned action are dismissed without prejudice.

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED
DEC 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE