IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R. MILLER<br>    Plaintiff,<br><br>v.<br><br>DR. MAGGIE BAILEY AND<br>FIRST CORRECTION<br>MEDICAL INC.<br>    Defendants. | C.A. NO.: 06-349-GMS<br>JURY TRIAL REQUESTED.<br><br>FILED<br>FEB - 8 2008<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

MOTION THE COURT TO APPOINT EXPERT WITNESS, TO PLAINTIFF CIVIL CASE UNDER TITLE 10. 5836.

Plaintiff respectfully request this Honorable Court to appoint an expert witness to this case.

Respectfully Submitted,
Thomas R. Miller
THOMAS R. MILLER
DCC, 1181 Paddock Rd.
Smyrna, Del 19977

DATE: February 4, 2008

## CERTIFICATE OF SERVICE

I, Thomas R. Miller, hereby certify that on this date, I served on party below in the manner indicated, one copy Motion to Appoint expert witness.

TO: Daniel L. McKenty, Esq.
    Heckler & Frabizzio
    The Corporate Plaza
    800 Delaware Avenue
    Suite 200
    P.O. Box 128
    Wilmington Del 19899-0128

Date: February 4, 2008

THOMAS R. MILLER
DCC, 1181 Paddock Rd.
Smyrna, Del 19977

I/M THOMAS R. Miller
SBI# 144108   UNIT MHU 22 A-U-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

TO: Honorable Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE
19801-3570