TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

FROM: Thomas R. Miller
#144108  22-B-U-5

DATE July 23, 2008

Civil Action No. 06-349-GMS

Hello again, will you send me an status update docket of my civil case. I made an mistake on the request dated July 21, 2008, the number that was given was on my Habeas Corpus.

Thank You,
Thomas R. Miller



FILED
JUL 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned



I/M Thomas R. Miller
SBI# 144108   UNIT 22 B-V5
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail