OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 28, 2008

TO:  Thomas R. Miller
     #144108
     James T. Vaughn Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  STATUS OF 06-349(GMS)**

Dear Mr. Miller:

   This is in response to your letter received on 7/25/08 requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK


cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet