TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Civ. No. 06-349-GMS-

FROM: Thomas R. Miller
#144108 22-B-U5



FILED
AUG 1 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: August 11, 2008

RE: To Be docketed:

Hello sir, will you please make a docket of these (3) motions Rule 34 Production of documents, Rule 35 physical and mental examinations of persons, and Rule 45 Subpoena. Will you please send me an up to date docket sheet.

Thank You
Thomas R. Miller

-2-