IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS R. MILLER,
  Plaintiff,

v.                                      Civ. No. 06-349-GMS

DR. MAGGIE BAILEY AND
FIRST CORRECTIONAL -
MEDICAL INC.
       Defendants.

### RULE 45 SUBPOENA



FILED
AUG 1 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Plaintiff Thomas R. Miller respectfully request this Honorable Court to order the Department of Correction Medical Department to send medical record and report of examiner to Court and Plaintiff, for Court purposes and preparation.

(C) Command each person to whom it is directed to attend and give testimony or to produce and permit inspection and copying of designated books, documents or tangible things in possession, custody or control of that person, or to permit inspection of premises, at a time and place therein specified; and

(D) set forth the text of subdivisions (c) and (d) of this rule. A command to produce evidence or to permit inspection may be joined with a command to appear at trial or hearing or at deposition, or may be issued separately.

(2) Plaintiff respectfully request this Honorable Court to Grant Subpoena in his favor pertaining to medical record, and report of examiner.

DATED: August 11, 2008

Sincerely
Respectfully Submitted
Thomas R. Miller
THOMAS R. MILLER
JAMES T. VAUGHN
CORRECTIONAL CENTER
SMYRNA LANDING RD
SMYRNA DE 19977

