OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| Peter T. Dalleo | LOCKBOX 18 |
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

August 13, 2008

TO:

**Thomas R. Miller**
#144108
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  REQUEST FOR COPY OF DOCKET, C.A. NO. 06-349 GMS**

Dear Mr. Miller:

    This is in response to your letter received dated 8/11/08 requesting a copy of the docket in the above noted civil action. Our records indicate that you have had at least one free docket sheet sent to you in the past.

    Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                        PETER T. DALLEO
                              CLERK

cc:   The Honorable Gregory M. Sleet