IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS R. MILLER                          :

        Plaintiff                     :

    v.                                    : Civil Action No. 06-349 GMS

FIRST CORRECTIONAL MEDICAL,               :
et al.
        Defendants                    :

## O R D E R

At Wilmington this 5th day of September, 2008, having reviewed the pending motion to withdraw as counsel for defendant, First Correctional Medical, LLC ("FCM"), and there being no opposition filed thereto:

IT IS ORDERED that the motion (D.I. 47) is GRANTED;

IT IS FURTHER ORDERED that, on or before **October 6, 2008**, defendant FCM will retain new counsel, as a corporation cannot represent itself. See Simbraw, Inc. v. United States, 367 F.2d 373. Failure of FCM to timely comply with this order will be considered a failure to defend and the court will conduct a hearing at sometime in the future to determine whether judgment (and in what amount) will be entered against FCM.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE